FILED

**NOT FOR PUBLICATION**

JUL 29 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff - Appellee,<br><br>  v.<br><br>MARCOS VELAZQUEZ,<br><br>                    Defendant - Appellant. | No. 14-10312<br><br>D.C. No. 2:12-cr-00877-JAT<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted July 21, 2015[**]

Before:      CANBY, BEA, and MURGUIA, Circuit Judges.

Marcos Velazquez appeals from the district court's judgment and challenges

his guilty-plea conviction and 60-month sentence for conspiracy to possess with

intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii),

846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Velazquez's counsel

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Velazquez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Velazquez waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**